# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Guerrero Cruz Espiridion,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-03074-JAD-CSD

**Order Granting Motion to Dismiss Case as Moot**

[ECF No. 15]

Petitioner Guerrero Cruz Espiridion filed this petition for federal habeas corpus relief from his immigration detention. His counsel now moves to dismiss, explaining that the petitioner was released on bond on October 15, 2026.[1] Accordingly,

IT IS ORDERED that the petitioner's motion to dismiss **[ECF No. 15] is GRANTED. This case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 30, 2026

[1] ECF No. 15.